**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH POIDOMANI,**

          **Plaintiff,**

**v.**                                **Case No: 6:23-cv-808-PGB-DCI**

**GREAT LAKES INSURANCE SE,**

          **Defendant.**
_____/

**ORDER**

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 44). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Great Lakes Insurance SE are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2024.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties